Writ of Mandamus Dismissed, Opinion issued December 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01373-CV

## IN RE JUSTIN LEE ASKEW, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-51334-Q**

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice FitzGerald

Relator contends the trial court failed to rule on his motions for judgment nunc pro tunc. The facts and issues are well known to the parties, so we need not recount them herein. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.–Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.



KERRY P. FITZGERALD
JUSTICE

121373F.P05